Order issued November 20, 2012



005007

In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-12-01143-CV

---

**LAKEITH AMIR-SHARIF, Appellant**

V.

**QUICK TRIP CORPORATION AND CHESTER CADIEUX, Appellees**

On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-13818-E

## ORDER

Before the Court is appellant's November 5, 2012 motion for a copy of the appellate record and an extension of time to file his brief. Because appellant is presently incarcerated and is allowed to proceed without prepayment of costs, we **GRANT** the request for a copy of the record. We further **GRANT** the extension motion.

We note that the court reporter has informed us that appellant did not request preparation of the reporter's record, and a reporter's record will not be filed. Accordingly, we **DIRECT** the Clerk of the Court to mail to appellant a copy of the clerk's record and **ORDER** appellant to file his brief within forty (40) days of the date of this order.

ELIZABETH LANG-MIERS
JUSTICE